UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cv-81388-DMM

GARFIELD SPENCE,

    Plaintiff,

vs.

Limoch 19800 West Dixie, LLC.

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within twenty one (21) days of the filing of this Notice of Settlement.

Dated this 27th day of November 2023.

Respectfully Submitted,

    */s/ Alberto R. Leal.*
    Alberto R. Leal, Esq., P.A.
    Florida Bar No.: 1002345
    E-Mail: albertolealesq@gmail.com
    8927 Hypoluxo Rd. #157
    Lake Worth, FL 33467
    Phone: 954-637-1868
    Attorney for Plaintiff